The People of the State of Illinois, Plaintiff-Appellee, *v.* Rene F. Nawodylo, Defendant-Appellant.

(No. 56523; 

First District (5th Division)—April 13, 1973.

Opinion by Mr. JUSTICE LORENZ.

Howard T. Savage, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.